WR-80-585-01
80,585-01
11-11-15

TO: CLERK. COURT OF CRIMINAL APPEALS
   AUSTIN, TX.
FROM: SCOTT HESS. INMATE 1841004
      HIGHTOWER UNIT
      902 F.M. 686
      DAYTON, TX. 77535
RE: ADDRESS UPDATE.


DEAR CLERK,
    PLEASE MAKE SURE THAT YOU UPDATE
MY ADDRESS - I AM NO LONGER AT THE
FACILITY IN TENNESSEE COLONY, TX.


    IT IS MY UNDERSTANDING THAT I
AM AWAITING A DECISION IN CASE
WR-80-585-01. I BELIEVE IT IS IN
REGARDS TO A SUPPLIMEMENT TO AN
EARLIER APPLICATION FOR "WRIT OF
HABIAS CORPUS" UNDER ~~SECTION 11.07~~
ART-1107.


THANK YOU.          - RESPECTFULLY
                    Scott W. Hess

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

RECEIVED
NOV 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE